UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL PERRIN** | § § § | Docket No. 2:23-cv-04548 |
| Versus | § § § | Judge: NANNETTE JOLIVETTE BROWN |
| **WRIGHT NATIONAL FLOOD INSURANCE COMPANY** | § § | Magistrate Judge: MICHAEL NORTH |

### CONSENT MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Consent Motion to Dismiss Without Prejudice for the reasons set forth below.

Both attorneys for the parties agree that there are no additional moneys owed for the claim in dispute herein.

Accordingly, upon due consideration of the facts and law, Plaintiff and Defendant wishes to consent to dismiss his claim without prejudice.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim without prejudice.

Respectfully Submitted,

*/s/ Mark Ladd*
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520

                Metairie, Louisiana 70002
                Ph. 713-228-3030
                Fax 713-228-3003
                Email: hurricane@galindolaw.com
                **ATTORNEYS FOR PLAINTIFF`**